

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00003-CR

Christine **RUSSELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0695-CR
Honorable William Old, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 17, 2018.

Luz Elena D. Chapa, Justice